IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK C. FAUROT II,

    Plaintiff,                    No. CIV S-08-0254 MCE DAD P

    vs.

TERHUNE, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On February 19, 2008, plaintiff was directed to pay the filing fee or submit an application to proceed in forma pauperis. In response to the court's order, plaintiff has filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

        Plaintiff's request for leave to proceed in forma pauperis will be denied. Plaintiff has not submitted his in forma pauperis request on the proper form. Plaintiff will be granted thirty days to submit a new request on the proper form. Plaintiff is cautioned that the form includes a section that must be completed by a prison official, and the application form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action.

/////

1        Accordingly, IT IS HEREBY ORDERED that:

2        1. Plaintiff's March 26, 2008 request for leave to proceed in forma pauperis is
3  denied without prejudice;

4        2. The Clerk of the Court is directed to send plaintiff an Application to Proceed
5  In Forma Pauperis By a Prisoner for use in a civil rights action; and

6        3. Plaintiff shall submit, within thirty days from the date of this order, a properly
7  completed application to proceed in forma pauperis on the form provided with this order;
8  plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so
9  will result in a recommendation that this action be dismissed without prejudice.

10  DATED: April 3, 2008.

*[Signature: Dale A. Drozd]*

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

14  DAD:9
faur0254.3d