IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK CONRAD FAUROT, II,

    Plaintiff,                        No. CIV S-08-0254 MCE DAD P

    vs.

C A TERHUNE, et al.,

    Defendants.                 <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. By order filed May 23, 2008, plaintiff's complaint was dismissed with leave to amend granted. Plaintiff has not filed an amended complaint. Instead, he has filed a motion to reinstate his original complaint.

        The court dismissed plaintiff's original complaint because it was more than 500 hand-written pages in length. Under Rule 8 of the Federal Rules of Civil Procedure, a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2). Plaintiff's original complaint was neither short nor plain. Nothing about plaintiff's civil rights complaint or his case excuses him from complying with the Federal Rules of Civil Procedure. Accordingly, plaintiff's motion to reinstate his original complaint will be denied.

Plaintiff is advised that if he wishes to proceed with this action, he is required to file an amended complaint in accordance with this court's May 23, 2008 order. If plaintiff no longer wishes to proceed with this matter, he should file a request to dismiss this action without prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's June 12, 2008 motion to reinstate his original complaint is denied; and

2. Plaintiff is granted thirty days from the date of service of this order to file an amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned to this case and must be labeled "Amended Complaint"; failure to file an amended complaint in accordance with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: June 18, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
faur0254.36amd