IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK CONRAD FAUROT, II,

    Plaintiff,                      No. CIV S-08-0254 MCE DAD P

   vs.

C.A. TERHUNE, et al.,

    Defendants.              FINDINGS & RECOMMENDATIONS

_____/

        By order filed May 23, 2008, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. On June 19, 2008, plaintiff was granted an additional thirty days to amend the complaint. On August 5, 2008, plaintiff was granted yet an additional thirty days to file an amended complaint. That period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's

1

1 Findings and Recommendations." Plaintiff is advised that failure to file objections within the
2 specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951
3 F.2d 1153 (9th Cir. 1991).
4 DATED: September 18, 2008.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
faur0254.fta.ext

2